**ORIGINAL**

# In the United States Court of Federal Claims

No. 16-238T
(Filed: April 7, 2016)
NOT FOR PUBLICATION

**FILED**
APR - 7 2016
U.S. COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| JOHN J. DEZMAN, ) | |
| ) | |
| *Pro Se* Plaintiff, ) | |
| ) | Pro Se; Dismissal without Prejudice; |
| v. ) | Failure to Pay Filing Fee or Show |
| ) | Cause; RCFC 77.1 |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

On February 17, 2016, pro se plaintiff John Dezman filed a complaint in this court and a motion to proceed in forma pauperis. On March 9, 2016, this court denied plaintiff's motion to proceed in forma pauperis and directed plaintiff to pay the filing fee pursuant to Rule 77.1 of the Rules of the Court of Federal Claims, or show cause why he is unable to pay, by March 31, 2016. The order stated that if plaintiff failed to pay or show cause, his case would be dismissed. The court's records reflect that plaintiff has neither paid the filing fee nor shown cause why he is unable to pay. Accordingly, the clerk is directed to dismiss plaintiff's complaint without prejudice.

**IT IS SO ORDERED.**

NANCY B. FIRESTONE
Senior Judge